```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION

ALEA LONDON LTD.                                         PLAINTIFF

     vs.                   CASE No. 06-5192

MONOGRAM HOMES, INC.; DANIEL
HEDRICK AND DEBRA HEDRICK                               DEFENDANTS
```

**O R D E R**

NOW on this 2nd day of April, 2007, the above referenced matter comes on for this Court's consideration of the **Plaintiff's Motion to Compel and Motion for Extension of Deadline to Join other Parties and Amend Pleadings** (document #7) which was filed on February 28, 2007. The Court, being well and sufficiently advised, finds and orders as follows:

1.   In its motion, the plaintiff states that the defendants have both failed to make initial disclosures and to respond to the plaintiff's written discovery served on the defendants on or about January 10, 2007. The plaintiff further argues that the time within which it has to amend the pleadings, and join other parties should be extended until a reasonable time after defendants have fully responded as required.

2.   It is now the Court's understanding from plaintiff's counsel that separate defendants Daniel Hedrick and Debra Hedrick have completed both the initial discoveries and the outstanding discovery. Further, it is the Court's understanding that separate defendant Monogram Homes, Inc. has completed the initial discoveries. Monogram Homes, Inc. has *not* responded to the outstanding discovery.

3.   Therefore, upon due consideration, the motion to compel (document #7) is **GRANTED** to the extent that Monogram Homes, Inc. is ordered to respond, fully, to the outstanding discovery within fifteen (15) days. Further, the motion is **GRANTED** to the extent that the time within which the parties have to amend the pleadings and add parties is extended to fifteen (15) days after the outstanding discovery is

completed.

    IT IS SO ORDERED.

    /S/JIMM LARRY HENDREN
    JIMM LARRY HENDREN
    UNITED STATES DISTRICT JUDGE